AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN A. BUNAG,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS WHOLESALE CORPORATION, a business entity form unknown, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity form unknown, PROVIDENCE REAL ESTATE SERVICES, INCORPORATED, a business entity form unknown, AURORA LOAN SERVICES, a business entity form unknown, LANDAMERICA DEFAULT SERVICES, a business entity form unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: C 09-0558 MEJ<br>Magistrate Maria-Elena James<br><br>[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>[Local Rule 6-1]<br><br>Complaint Filed: January 22, 2009<br>Trial Date: None |

After full consideration of the parties' request for a second extension of time for

3

SECOND STIPULATION FOR EXTENSION OF TIME

1  defendant Aurora Loan Services LLC to answer or otherwise respond to plaintiff Susan

2  A. Bunag's Complaint, and good cause appearing, the parties' request is hereby

3  **GRANTED**. Aurora Loan Services LLC will have up to and including **April 15, 2009**,

4  to answer or otherwise respond to the Complaint.

5

6

7        **IT IS SO ORDERED.**

8

   Dated: March 26, 2009

9                                          _____

10                                         Magistrate Maria-Elena James

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   4

**PROOF OF SERVICE OVERNIGHT DELIVERY COURIER**

STATE OF COLORADO, COUNTY OF DENVER

I am employed in the County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

On March 25, 2009, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

☒      by enclosing the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as stated below:

Madan Ahluwalia, Esq.

Ahluwalia Law Professional Corporation

303 Twin Dolphin Drive, # 600

Redwood City, CA 94065

☒      BY FEDERAL EXPRESS*

☐      BY EXPRESS MAIL (USPS)*

☐      BY _____ *

I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐   (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 25, 2009, at Denver, Colorado.

_Toni M Domres_

Toni Domres

5