Madan Ahluwalia (SBN # 175664)
AHLUWALIA LAW P.C.
303 Twin Dolphin Drive, #600
Redwood City, CA. 94065
Office: (650) 331-1968
Facsimile: (650) 204-6813

Attorneys for Plaintiff
**Susan A. Bunag**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| **SUSAN A. BUNAG** | Case No.: C **09-0558 MEJ** |
| Plaintiff, | |
| V. | ~~(PROPOSED)~~ **ORDER RE: VOLUNTARY DISMISSAL OF DEFENDANT LANDAMERICA DEFAULT SERVICES** |
| **AEGIS WHOLESALE CORPORATION, a business entity unknown, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity unknown, PROVIDENCE REAL ESTATE SERVICES, INCORPORATED, a business entity unknown, AURORA LOAN SERVICES, a business entity unknown, LANDAMERICA DEFAULT SERVICES, a business entity unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,** | [Contra Costa County Superior Court case number MSC 09-00109} Complaint Filed: 1/22/2009 Trial Date: None |
| Defendants. | |

(PROPOSED) ORDER RE: DISMISSAL LANDAMERICA DEFAULT SERVICES

1
2
3  At the request of plaintiff, Susan Bunag, having filed a Request to Dismiss defendant
4  LandAmerica Default Services pursuant to Federal Rules of Civil Procedure 41(a)(1)(A),
   defendant LandAmerica Default Services is hereby dismissed.
5
   IT IS SO ORDERED
6
       April __6__, 2009                                    _____
7                                                           HONORABLE MARIA-ELENA JAMES
8

(PROPOSED) ORDER RE: DISMISSAL LANDAMERICA DEFAULT SERVICES