IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BUNAG, | No. C 09-0558 MEJ |
| Plaintiff(s), | **ORDER RE STATUS** |
| vs. | |
| AEGIS WHOLESALE CORP., et al., | |
| Defendant(s). | |

The purpose of this order is to request a brief status statement from Plaintiff Susan Bunag regarding the two defendants in this matter that have not made an appearance, Aegis Wholesale Corporation and Providence Real Estate Services. Given the two motions to dismiss pending in this case - one filed by Defendant Mortgage Electronic Registration Systems (Dkt. #14), and the other filed by Defendant Aurora Loan Services (Dkt. #21), the Court notes that potential issues could arise regarding magistrate judge jurisdiction and the dispositive motions that are pending. Accordingly, the Court ORDERS Plaintiff to file a brief statement by May 1, 2009 as to the status of Defendants Aegis Wholesale and Providence. Plaintiff shall make no legal arguments in the statement.

**IT IS SO ORDERED.**

Dated: April 29, 2009

MARIA-ELENA JAMES
United States Magistrate Judge