IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BUNAG,<br><br>   Plaintiff(s),<br><br>   vs.<br><br>AEGIS WHOLESALE CORP., et al.,<br><br>   Defendant(s)._____/ | No. C 09-0558 MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER CONTINUING HEARING RE MOTIONS TO DISMISS** |

This matter is currently scheduled for a case management conference on May 14, 2009. However, as there are two motions to dismiss pending, the Court hereby VACATES the May 14 c.m.c. pending resolution of the motions to dismiss. Further, the Court hereby CONTINUES the hearing on the motions to dismiss to June 4, 2009 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: May 4, 2009

MARIA-ELENA JAMES
United States Magistrate Judge