1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    SUSAN BUNAG,                                    No. C 09-0558 MEJ

10                    Plaintiff(s),

11        vs.                                         **ORDER STRIKING OPPOSITION**

                                                     **ORDER RE: DEFENDANTS**
12   AEGIS WHOLESALE CORP., et al.,

13                    Defendant(s).
     _____/

14

15          On May 20, 2009, Plaintiff filed an opposition to Defendant Aurora Loan Services' motion to

16   dismiss.  (Dkt. #41.)  However, Defendant's motion was originally noticed for a hearing on May 21,

17   2009 and, pursuant to Civil Local Rule 7, any opposition was therefore due by April 30, 2009.

18   Although the Court later continued the hearing date to June 4, 2009, it did not alter the briefing

19   schedule and, even if it had, any opposition would have been due by May 14, 2009.  The Court notes

20   that Plaintiff filed a brief opposition on May 7, 2009, (Dkt. #37), in which she makes no legal

21   arguments but claims that she failed to file a full opposition by the deadline due to "oversight and

22   calendaring error."  Plaintiff did not request permission to file a late opposition; instead, she

23   informed the Court that she would file an opposition on May 11, 2009.  Despite the fact that Plaintiff

24   is apparently establishing her own court deadlines, she failed to comply with her self-imposed late

25   filing date.  Accordingly, the Court hereby STRIKES Plaintiff's May 20, 2009 Opposition.  If

26   Plaintiff wishes to file an opposition, she shall comply with the procedural requirements of the

27   Federal Rules of Civil Procedure and Civil Local Rules.  Given that any opposition would require a

28   continuance of the hearing date to allow Defendant an opportunity to file a reply, the Court

**United States District Court**
For the Northern District of California

recommends that Plaintiff confer with all opposing counsel that currently have motions scheduled for hearing on June 4, 2009, and thereafter file a stipulated request to continue the briefing and hearing schedule.

Further, the Court notes that Plaintiff has taken no action against Defendants Aegis Wholesale Corporation and Providence Real Estate Services. Accordingly, the Court hereby ORDERS Plaintiff to file a dismissal of these two defendants by May 28, 2009, or shall proceed in some other fashion against these two defendants under the federal and civil local rules by May 28, 2009. Failure to comply with this Order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: May 21, 2009

_____
MARIA ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2