United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BUNAG, <br><br> Plaintiff(s), <br><br> vs. <br><br> AEGIS WHOLESALE CORP., et al., <br><br> Defendant(s). | No. C 09-0558 MEJ <br><br> **ORDER CONTINUING HEARING RE: DEFENDANT AURORA LOAN SERVICES' MOTION TO DISMISS** |

Pending before the Court is Defendant Aurora Loan Services' Motion to Dismiss, with a hearing scheduled on June 4, 2009. (Dkt. #21.) On May 21, 2009, the Court struck Plaintiff Susan Bunag's Opposition (Dkt. #41) as untimely. (Dkt. #43.) At the same time, the Court recommended that Plaintiff confer with opposing counsel and thereafter file a stipulated request to continue the briefing and hearing schedule. There is no indication that Plaintiff attempted to comply with the Court's recommendation - Aurora has filed a reply brief, and no stipulation or request to continue the hearing has been filed. Accordingly, the Court hereby CONTINUES the hearing to June 25, 2009 at 10:00 a.m. in Courtroom B. Plaintiff shall file any opposition by June 4, 2009, and Aurora shall file any reply by June 11, 2009. If Aurora wishes to proceed with its previously-filed reply (Dkt. #48), it shall so indicate.

**IT IS SO ORDERED.**

Dated: June 1, 2009

MARIA-ELENA JAMES
United States Magistrate Judge