UNITED STATES DISTRICT COURT

Northern District of California

SUSAN A. BUNAG,

                Plaintiff(s),           No. C 09-00558 MEJ

  v.

AEGIS WHOLESALE CORPORATION,    **ORDER OF DISMISSAL**

                Defendant(s).

_____/

      On July 27, 2009, the Court granted Defendant Aurora Loan Service LLC's motion to dismiss Plaintiff's First Amended Complaint. (Dkt. #65.) Because it was unclear whether Plaintiff could allege any facts to support the claims she alleged against Aurora, the Court granted Plaintiff leave to amend; however, leave was restricted to claims against Aurora. The Court ordered Plaintiff to file and serve any Second Amended Complaint by August 17, 2009.

      As it is now September 17, 2009, and Plaintiff has failed to file an amended complaint, the Court hereby DISMISSES this matter WITH PREJUDICE. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 17, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge